**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: QUINCEY DEON SHERMAN
AKA QUINCY DEON SHERMAN

CASE NO. 21-11978- SDM

DEBTOR

CHAPTER 13

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE of the appearance of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee of the NRZ Pass- Through Trust VII-B, creditor herein, which requests notice of all matters noticed for hearing and copies of all pleadings filed in this proceeding pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure.

NOTICE OF CREDITOR:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

NOTICES SHOULD BE MAILED TO:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
c/o Mr. Robert Lomenick
LAW OFFICES OF HERSCHEL C. ADCOCK, JR.
P.O. Box 87379
Baton Rouge, Louisiana 70879-8379

This, the 22nd day of October, 2026.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF HERSCHEL C. ADCOCK, JR.
BY: /S/ *ROBERT LOMENICK*
ROBERT LOMENICK, MSB#104186
P. O. BOX 87379
BATON ROUGE, LA 70879-8379
PHONE: (225) 756-0373
RLOMENICK@HCA.LAW
OUR FILE: MS 55113.B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: QUINCEY DEON SHERMAN
AKA QUINCY DEON SHERMAN

CASE NO. 21-11978- SDM

DEBTOR

CHAPTER 13

## CERTIFICATE OF SERVICE

I, Herschel C. Adcock, Jr., do hereby certify that on the 22nd day of October, 2026 that I did cause this **Notice of Appearance and Request for Notice** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**Quincey Deon Sherman**
**aka Quincy Deon Sherman**
604 S. Montgomery St.; Apt. 2
Starkville, MS 39759

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**Thomas C. Rollins, Jr.**, Attorney for Debtor(s)
trollins@therollinsfirm.com

**Todd Johns;** Chapter 13 Trustee
*Via ECF*

**U.S. Trustee;** *via ECF*

This, the 22nd day of October, 2026.

BY: /S/ *ROBERT LOMENICK*
ROBERT LOMENICK