**EXHIBIT 3**

2009 12404
Recorded in the Above
Mortgage Book & Page
07-20-2009 02:51:41 PM
Monica W. Banks
Oktibbeha County, MS

MISSISSIPPI
ASSIGNMENT OF DEED OF TRUST

THIS ASSIGNMENT OF DEED OF TRUST dated effective April 17, 2009, from Walter Mortgage Company LLC having an address of P.O. Box 31601, Tampa, Florida 33631-3601 ("Assignor or Grantor") to Walter Investment Management Corp., a Maryland corporation having an address of P.O. Box 31601, Tampa, Florida 33631-3601, ("Assignee").

WITNESSETH:

FOR VALUE RECEIVED, Assignor does hereby sell, assign, transfer and set over unto Assignee, its successors and assigns, and does mortgage and grant a security interest in those certain mortgages contained on "Exhibit A" attached hereto, together with the debts thereby secured, the notes therein described, and all interest and lien of the Assignor in and to the lands and property conveyed by said mortgages without recourse; said mortgages appear of record in the Records of Oktibbeha County, Mississippi.

IN WITNESS WHEREOF, the Grantor Walter Mortgage Company LLC has caused its own name to be signed this 17th day of April, 2009.

WALTER MORTGAGE COMPANY LLC

By: [signature]
Name: C.T. Witherington
Title: Senior Vice President

2009 12405
Recorded in the Above
Mortgage Book & Page
07-20-2009 02:51:41 PM

ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid and within said jurisdiction, the within named C.T. Witherington, who by me being first duly sworn stated on oath that he is Senior Vice President of Walter Mortgage Company LLC and, that, having been first duly authorized so to do, signed and delivered the foregoing instrument in their corporate capacity for and on behalf of Walter Mortgage Company LLC the Grantor named in said instrument, as the act and deed of said Grantor and with full authority to so act.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE this the 17th day of April, 2009.

NOTARY PUBLIC
Print Name: Sally Leon
My Commission Expires: 9/19/2012

SALLY LEON
MY COMMISSION # [redacted]
EXPIRES: September 19, 2012
1-800-3-NOTARY Fl. Notary Discount Assoc. Co.

THIS INSTRUMENT PREPARED BY:
Jeffrey P. Thofner, Attorney at Law
P. O. Box 31601
Tampa, FL 33631-3601

AFTER RECORDING RETURN TO:
Walter Mortgage Company
P. O. Box 31601
Tampa, FL 33631-3601
Attn: Sally Leon
(813) 871-4652

7/1/2009

# EXHIBIT A

The deeds of trust described in the foregoing assignment are described more particularly in the following list which sets forth the names of the grantors of the deeds of trust, the original principal balance of the promissory note secured thereby, and the book and page number of the registry of deeds of the county and state listed below, where the deeds of trust are recorded.

State of : **MS**

County of : **Oktibbeha**

| ACCOUNT | GRANTOR(S) | DEED OF TRUST | PAGE | ORIG BALANCE |
|---|---|---|---|---|
| 2010182300 | WILSON TAMMY | 2006 | 19921 | 192,265.20 |
| | NE1/4 SW1/4 S26 T17N R15E | | | |
| 2010752200 | TATE WILLIE G.<br>TATE REKEKA | 2007 | 909 | 189,957.60 |
| | SE1/4 SW1/4 S31 T19 R15E | | | |
| 2011164000 | SHERMAN QUINCY<br>SHERMAN KIZZY | 2007 | 12050 | 191,790.00 |
| | NW1/4 SW1/4 S21 T19N R15E | | | |
| 2011170400 | WILLIAMS CATINA | 2007 | 10035 | 218,530.80 |
| | NE1/4 SW1/4 S12 T19N R15E | | | |

2009 12406
Recorded in the Above
Mortgage Book & Page
07-20-2009 02:51:41 PM

7/1/2009

# EXHIBIT A

The deeds of trust described in the foregoing assignment are described more particularly in the following list which sets forth the names of the grantors of the deeds of trust, the original principal balance of the promissory note secured thereby, and the book and page number of the registry of deeds of the county and state listed below, where the deeds of trust are recorded.

State of : **MS**

County of : **Oktibbeha**

| ACCOUNT | GRANTOR(S) | DEED OF TRUST | PAGE | ORIG BALANCE |
|---|---|---|---|---|
| 2011398400 | BELL JR. ROGERS L.<br>BELL LAVOUN D<br><br>NW1/4 S9 T18N R15E | 2007 | 9605 | 317,210.40 |
| 2011763000 | SHANKLIN BANKHEAD<br>SHANKLIN TRACY<br><br>S10 T17N R12E | 2007 | 16621 | 323,978.40 |
| 2012230500 | BEVILL PEGGY<br><br>LOT C HARLEM SUBDIVISION | 2007 | 8130 | 244,594.80 |
| 2012348000 | JACKSON GRACE<br><br>S3 T19N R13E | 2007 | 13735 | 433,126.80 |

2009 12407
Recorded in the Above
Mortgage Book & Page
07-30-2009 02:51:41 PM

7/1/2009

# EXHIBIT A

The deeds of trust described in the foregoing assignment are described more particularly in the following list which sets forth the names of the grantors of the deeds of trust, the original principal balance of the promissory note secured thereby, and the book and page number of the registry of deeds of the county and state listed below, where the deeds of trust are recorded.

State of : **MS**

County of : **Oktibbeha**

| ACCOUNT | GRANTOR(S) | DEED OF TRUST | PAGE | ORIG BALANCE |
|---|---|---|---|---|
| 2012580800 | SNELL JR CURTIS G<br>SNELL JEFFERSON MARIA<br><br>S4 T19N R15E | 2008 | 4020 | 268,534.80 |
| 2012830900 | NORWOOD MARY<br><br>S27 T19N R14E | 2008 | 6941 | 141,606.00 |

2009 12408
Recorded in the Above
Mortgage Book & Page
07-20-2009 02:51:41 PM
Monica W. Banks
Oktibbeha County, MS

CHANCERY COURT OKTIBBEHA
MISSISSIPPI

Oktibbeha County, MS
I certify this instrument was filed on
07-20-2009 02:51:41 PM
and recorded in Mortgage Book
2009 at pages 12404 - 12408
Monica W. Banks

Book:2024 Page:4643-4644
Mortgage
RCD: 04/01/2024 @10:53:26 AM
Oktibbeha County, MS
Sharon Livingston Chancery Clerk

When Recorded Return To:
Shellpoint Mortgage Servicing
2100 Alt. 19 North
Palm Harbor, FL 34683

Document Prepared By:
Cynthia Brock, NewRez LLC
dba Shellpoint Mortgage
Servicing, 75 Beattie Place,
Suite 300, Greenville, SC
29601, Toll-free Phone: (800)
365-7107

## AFFIDAVIT OF MISSING ASSIGNMENT

The undersigned Angie Fay Chapman, being duly sworn deposes and states as follows:

1. That I am a Vice President of **NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING** ("Affiant") having its principal place of business at 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034 , an officer duly authorized to make this affidavit.
2. That I have personal knowledge of the facts set forth in this Affidavit including that of **NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING**'s business records kept in the course of its regularly conducted business activities. I have personal knowledge of **NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING**'s procedures with respect to the safekeeping and retrieval of collateral documents and loans serviced or administered by **NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING** on behalf of various Mortgagees/Beneficiaries.
3. That Affiant is the servicer or attorney-in-fact for **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST VII-B (PREF)** ("Current Mortgagee/Beneficiary"), who is the Mortgagee/Beneficiary of a certain Mortgage/Deed of Trust (the "Mortgage/Deed of Trust") dated on 05/04/2007 made by **QUINCY SHERMAN AND KIZZY SHERMAN AKA KIZZY L. SHERMAN** as Mortgagor(s)/Trustor(s) to **JIM WALTER HOMES, INC.** as Original Mortgagee/Beneficiary, which Mortgage/Deed of Trust was recorded on 06/15/2007 in the office of the Recorder, Registrar or Clerk of OKTIBBEHA County, in the State of MS, in Book 2007 and Page 12050.

Property is more commonly known as: 1567 WARREN LN, STARKVILLE, MS 39759.

4. Based upon the records maintained in Affiant's system of record, the Current Mortgagee/Beneficiary owns and holds said Mortgage/Deed of Trust as a result of sale and assignment thereof to the Current Mortgagee/Beneficiary from a previous Mortgagee/Beneficiary. The Current Mortgagee/Beneficiary duly and properly acquired the Mortgage/Deed of Trust and has in its possession the Mortgage/Deed of Trust loan documentation pertaining to same.
5. That I have examined an abstract of the public records of said County, and all known collateral documents in possession of the Affiant, and there appears to be a gap in the chain of assignments of said Mortgage/Deed of Trust from the Original Mortgagee/Beneficiary to the Current Mortgagee/Beneficiary. There is at least one assignment between **WALTER INVESTMENT MANAGEMENT CORP.**, and **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST VII-B (PREF)** and perhaps others within this gap that do not appear of public record.
6. That I have concluded that such missing assignment(s) either were never completed or, if completed, were lost, misplaced or destroyed before the same could be placed of record.
7. That, based on my review of available records, including, where applicable, the chain of endorsements on the Note, securitization documents, the collateral file, or other records of the loan, this loan was indeed assigned from **WALTER INVESTMENT MANAGEMENT CORP.** to **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST VII-B (PREF)**, and as such, an assignment should have been executed and recorded to indicate same.
8. That, after a diligent good faith attempt, I have concluded such assignment(s) cannot now be obtained. If a copy of one or more incomplete or otherwise unrecordable intervening assignment(s) are available, they are attached to this affidavit.
9. Based upon the records maintained in Affiant's system of record, the Current Mortgagee/Beneficiary has not further assigned or transferred said Mortgage/Deed of Trust to any other party.
10. That this affidavit is made to induce the Recorder, Registrar or Clerk of said County to accept for recording this instrument, executed and acknowledged by the Affiant, in place of said lost, misplaced or destroyed assignment(s).
11. The Current Mortgagee/Beneficiary agrees to indemnify and hold harmless the Recorder, Registrar or Clerk of said County from and against any cost or claims that may arise by reason of the acceptance and recording of this affidavit.

Dated on 3 / 21 / 24 (MM/DD/YYYY)
NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Angie Fay Chapman
VICE PRESIDENT

STATE OF SC
COUNTY OF GREENVILLE
SUBSCRIBED AND SWORN TO before me on 3 / 21 / 24 (MM/DD/YYYY), by Angie Fay Chapman

Jessica R. Blackwell
Notary Public - STATE OF SC
Commission expires: 9/1/2030

JESSICA R. BLACKWELL
MY COMMISSION EXPIRES 09/01/2030
NOTARY PUBLIC
SOUTH CAROLINA

PAGE 2

SPTD[redacted]PRE-REFERRAL[redacted]03:01:51 [C-1] LAAMS13
[redacted]

CHANCERY COURT OKTIBBEHA
MISSISSIPPI