| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| | 10/26/2021 | $400.00 | | $ 400.00 | $ 400.00 |
| 11/5/2021 | 11/10/2021 | $500.00 | $ 621.45 | $ (121.45) | $ 278.55 |
| | 11/12/2021 | $251.01 | | $ 251.01 | $ 529.56 |
| 12/5/2021 | 12/21/2021 | $621.45 | $ 621.45 | $ - | $ 529.56 |
| | 1/4/2022 | $60.67 | | $ 60.67 | $ 590.23 |
| 1/5/2022 | 1/18/2022 | $621.45 | $ 621.45 | $ - | $ 590.23 |
| 2/5/2022 | 2/15/2022 | $621.45 | $ 621.45 | $ - | $ 590.23 |
| 3/5/2022 | 3/21/2022 | $622.18 | $ 622.18 | $ - | $ 590.23 |
| 4/5/2022 | | $0.00 | $ 572.87 | $ (572.87) | $ 17.36 |
| 5/5/2022 | 4/14/2022 | $572.87 | $ 572.87 | $ - | $ 17.36 |
| 6/5/2022 | 5/24/2022 | $572.87 | $ 572.87 | $ - | $ 17.36 |
| 7/5/2022 | 6/21/2022 | $572.87 | $ 572.87 | $ - | $ 17.36 |
| 8/5/2022 | 7/20/2022 | $572.87 | $ 572.87 | $ - | $ 17.36 |
| 9/5/2022 | 8/31/2022 | $572.87 | $ 572.87 | $ - | $ 17.36 |
| 10/5/2022 | 9/16/2022 | $643.50 | $ 572.87 | $ 70.63 | $ 87.99 |
| 11/5/2022 | 9/27/2022 | $572.87 | $ 572.87 | $ - | $ 87.99 |
| 12/5/2022 | 10/25/2022 | $572.87 | $ 572.87 | $ - | $ 87.99 |
| 1/5/2023 | 11/22/2022 | $572.87 | $ 572.87 | $ - | $ 87.99 |
| 2/5/2023 | 12/21/2022 | $572.87 | $ 572.87 | $ - | $ 87.99 |
| 3/5/2023 | 2/1/2023 | $573.00 | $ 572.87 | $ 0.13 | $ 88.12 |
| 4/5/2023 | 2/28/2023 | $573.00 | $ 532.83 | $ 40.17 | $ 128.29 |
| | 3/31/2023 | $400.00 | | $ 400.00 | $ 528.29 |
| 5/5/2023 | 4/12/2023 | $173.00 | $ 532.83 | $ (359.83) | $ 168.46 |
| 6/5/2023 | 4/27/2023 | $532.83 | $ 532.83 | $ - | $ 168.46 |
| 7/5/2023 | 6/6/2023 | $400.00 | $ 532.83 | $ (132.83) | $ 35.63 |
| | 6/20/2023 | $133.00 | $ - | $ 133.00 | $ 168.63 |
| 8/5/2023 | 7/18/2023 | $533.00 | $ 532.83 | $ 0.17 | $ 168.80 |
| 9/5/2023 | 8/30/2023 | $533.00 | $ 532.83 | $ 0.17 | $ 168.97 |
| 10/5/2023 | 9/13/2023 | $533.00 | $ 532.83 | $ 0.17 | $ 169.14 |
| | 10/24/2023 | $300.00 | | $ 300.00 | $ 469.14 |
| 11/5/2023 | 11/7/2023 | $233.00 | $ 532.83 | $ (299.83) | $ 169.31 |
| | 12/7/2023 | $200.00 | | $ 200.00 | $ 369.31 |
| 12/5/2023 | 1/16/2024 | $300.00 | $ 532.83 | $ (232.83) | $ 136.48 |
| 1/5/2024 | 2/13/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 136.65 |
| 2/5/2024 | 3/12/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 136.82 |
| 3/5/2024 | 3/12/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 136.99 |
| 4/5/2024 | 5/22/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 137.16 |
| 5/5/2024 | 6/18/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 137.33 |
| 6/5/2024 | 8/14/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 137.50 |
| 7/5/2024 | 9/27/2024 | $533.00 | $ 532.83 | $ 0.17 | $ 137.67 |
| | 10/18/2024 | $233.00 | | $ 233.00 | $ 370.67 |
| 8/5/2024 | 11/22/2024 | $300.00 | $ 532.83 | $ (232.83) | $ 137.84 |
| | 10/21/2025 | $293.00 | | $ 293.00 | $ 430.84 |
| 9/5/2024 | | | $ 532.83 | $ (532.83) | $ (101.99) |
| 10/5/2024 | | | $ 532.83 | $ (532.83) | $ (634.82) |
| 11/5/2024 | | | $ 532.83 | $ (532.83) | $ (1,167.65) |
| 12/5/2024 | | | $ 532.83 | $ (532.83) | $ (1,700.48) |
| 1/5/2025 | | | $ 532.83 | $ (532.83) | $ (2,233.31) |
| 2/5/2025 | | | $ 532.83 | $ (532.83) | $ (2,766.14) |
| 3/5/2025 | | | $ 532.83 | $ (532.83) | $ (3,298.97) |
| 4/5/2025 | | | $ 532.83 | $ (532.83) | $ (3,831.80) |
| 5/5/2025 | | | $ 532.83 | $ (532.83) | $ (4,364.63) |
| 6/5/2025 | | | $ 532.83 | $ (532.83) | $ (4,897.46) |
| 7/5/2025 | | | $ 676.67 | $ (676.67) | $ (5,574.13) |
| 8/5/2025 | | | $ 676.67 | $ (676.67) | $ (6,250.80) |
| 9/5/2025 | | | $ 676.67 | $ (676.67) | $ (6,927.47) |
| 10/5/2025 | | | $ 676.67 | $ (676.67) | $ (7,604.14) |
| 11/5/2025 | | | $ 676.67 | $ (676.67) | $ (8,280.81) |
| 12/5/2025 | | | $ 676.67 | $ (676.67) | $ (8,957.48) |
| 1/5/2026 | | | $ 752.52 | $ (752.52) | $ (9,710.00) |
| 2/5/2026 | | | $ 752.52 | $ (752.52) | $ (10,462.52) |
| 3/5/2026 | | | $ 752.52 | $ (752.52) | $ (11,215.04) |
| 4/5/2026 | | | $ 752.52 | $ (752.52) | $ (11,967.56) |
| 5/5/2026 | | | $ 752.52 | $ (752.52) | $ (12,720.08) |
| 6/5/2026 | | | $ 752.52 | $ (752.52) | $ (13,472.60) |
| 7/5/2026 | | | $ 768.69 | $ (768.69) | $ (14,241.29) |
| 8/5/2026 | | | $ 768.69 | $ (768.69) | $ (15,009.98) |
| 9/5/2026 | | | $ 578.50 | $ (578.50) | $ (15,588.48) |
| 10/5/2026 | | | $ 578.50 | $ (578.50) | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| | | | | $ - | $ (16,166.98) |
| 60 | 42 | $19,471.37 | $35,638.35 | $ (16,166.98) | |

| | |
|---|---|
| **Loan Number** | xxxxxx5807 |
| **Debtor** | Quincey Deon Sherman |
| **BK filed date** | 10/20/2021 |
| **BK Case #** | 21-11978 |
| **Post Next Due** | 9/5/2024 |
| **Suspense** | $ 430.84 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 9/5/24 - 6/5/25 | $ 532.83 | 10 | $ 5,328.30 |
| 7/5/25 - 12/5/25 | $ 676.67 | 6 | $ 4,060.02 |
| 1/5/26 - 6/5/26 | $ 752.52 | 6 | $ 4,515.12 |
| 7/5/26 - 8/5/26 | $ 768.69 | 2 | $ 1,537.38 |
| 9/5/26 - 10/5/26 | $ 578.50 | 2 | $ 1,157.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 16,597.82 |
| | | | |
| | | Less Unapplied | $ 430.84 |
| | | **Total to bring current** | **$ 16,166.98** |

$ 16,597.82
$ (16,166.98)
$ 430.84 unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601