# United States Bankruptcy Court
## Northern District of Mississippi

In re: Quincey Deon Sherman aka Quincy Deon Sherman
Kizzy L. Sherman
Debtor(s)

Case No.: 21-11978-SDM

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, NewRez LLC, a
[Name of Corporate Party]

[Check One]

- [ ] Party to a contested matter Miss. Bankr. L.R. 9014-1(c)
- [X] Corporate Debtor FRPB 1007(a)(1)
- [ ] Corporate Petitioner of an involuntary petition FRBP 1010(b)
- [ ] Alleged Corporate Debtor FRBP 1011(f)

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

OR

- [X] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/11/2026

/s/Robert Lomenick
Attorney Signature

Robert Lomenick
Attorney Name

104186
State Bar Number

P.O. Box 87379
Address

Baton Rouge, LA 70789
City, State, and Zip Code

1-225-285-4907
Telephone Number

rlomenick@hca.law
Email Address

Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 **shall also** apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.