**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Quincey Deon Sherman, Debtor** **Case No. 21-11978-SDM**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: November 23, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: QUINCEY DEON SHERMAN,** **CASE NO. 21-11978-SDM**
**Debtor.** **CHAPTER 13**

---

**MOTION TO MODIFY CHAPTER 13 PLAN TO SURRENDER RESIDENCE**

---

Quincey Deon Sherman, Debtor, moves to modify his Chapter 13 plan to surrender his residence and states:

1. Debtor filed this Chapter 13 case on October 20, 2021. The plan was confirmed on February 4, 2022. (Dkt. 15.)
2. Section 3.1(a) of the filed plan provides for direct monthly mortgage payments to Shellpoint Mortgage Servicing. Debtor now elects to surrender the residence securing that mortgage, which is the subject of the motion for relief from stay at Docket 45.
    a. Debtor requests that the plan be modified to provide for surrender of that residence to NewRez, LLC d/b/a Shellpoint Mortgage Servicing in place of the existing direct-payment treatment.
    b. All other plan provisions shall remain unchanged.

WHEREFORE, Debtor requests approval of the foregoing modification.

Respectfully submitted,
QUINCEY DEON SHERMAN, DEBTOR

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: QUINCEY DEON SHERMAN,**
**Debtor.**

**CASE NO. 21-11978-SDM**
**CHAPTER 13**

---

## CERTIFICATE OF SERVICE

---

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on November 23, 2026, to:

By USPS First Class Mail, Postage Prepaid:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

NewRez LLC d/b/a Shellpoint Mortgage Servicing
c/o Mr. Robert Lomenick
P.O. Box 87379
Baton Rouge, LA 70879-8379

By Electronic CM/ECF Notice:

Robert Lomenick, Attorney for Creditor

Todd S. Johns, Chapter 13 Case Trustee

U.S. Trustee

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Quincey Deon Sherman

CASE NO: 21-11978

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Quincey Deon Sherman

CASE NO: 21-11978

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/23/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE NC 29603-0826

FIRST CLASS

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
C/O MR. ROBERT LOMENICK
P.O. BOX 87379
BATON ROUGE LA 70879-8379